FILED

MAR 31 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUDGE BOYKO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | CASE NO. 4:22 CR 150 |
| v. | ) ) | Title 18, United States Code, |
| BRYAN HARRIS, | ) ) | Sections 922(g)(1) and 924(a)(2); Title 21, United States Code, |
| Defendant. | ) | Sections 841(a)(1) and (b)(1)(C) |

COUNT 1
(Distribution of Cocaine Base (Crack), 21 U.S.C. §§ 841(a)(l) and (b)(1)(C))

The Grand Jury charges:

1. On or about April 1, 2021, in the Northern District of Ohio, Eastern Division, Defendant BRYAN HARRIS did knowingly and intentionally distribute a mixture and substance containing a detectible amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Cocaine Base (Crack), 21 U.S.C. §§ 841(a)(l) and (b)(1)(C))

The Grand Jury further charges:

2. On or about April 15, 2021, in the Northern District of Ohio, Eastern Division, Defendant BRYAN HARRIS did knowingly and intentionally distribute a mixture and substance containing a detectible amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(l) and (b)(1)(C))

The Grand Jury further charges:

3. On or about May 6, 2021, in the Northern District of Ohio, Eastern Division, Defendant BRYAN HARRIS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

4. On or about May 6, 2021, in the Northern District of Ohio, Eastern Division, Defendant BRYAN HARRIS, knowing he had been previously convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Aggravated Burglary and Felonious Assault, on or about June 18, 2007, in case number CR 07 04 1063, in the Summit County, Ohio, Court of Common Pleas; Aggravated Possession of Drugs, on or about January 2, 2018, in case number 16 CR 187, in the Mahoning County, Ohio, Court of Common Pleas; and Trafficking in Heroin, on or about January 2, 2018, in case number 15 CR 1224, in the Mahoning County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit:

   a. Glock semiautomatic pistol, model 43, 9mm, bearing serial number BFXL615;
   b. ROHM revolver, model RG10, .22 caliber short, bearing serial number 1283762;
   c. Smith & Wesson semiautomatic pistol, model M&P 40, .40 caliber, bearing serial number MPE7958,

and ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.